Filed 11/18/13  P. v. Valdez CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

| California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115. |
| --- |

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JOSE VALDEZ,<br><br>    Defendant and Appellant. | 2d Crim. No. B248911<br>(Super. Ct. No. 2013005362)<br>(Ventura County) |

Jose Valdez appeals the judgment entered after he pled guilty to stalking (Pen. Code,[1] § 646.9, subd. (a)), and resisting arrest (§ 148, subd. (a)(1)).  He also admitted suffering a prior strike conviction (§§ 667, subds. (c)(1), (e)(1), 1170.12, subds. (a)(1), (c)(1)) and serving a prior prison term (§ 667.5, subd. (b)).  Pursuant to a negotiated disposition, the trial court sentenced him to two years eight months in state prison.

Because appellant pled guilty prior to a preliminary hearing, the relevant facts are derived from the probation report.  Over the course of several months, appellant sent threatening text messages to his ex-girlfriend.  When he went looking for her at her place of employment, she called the police.  Appellant fled when the police attempted to arrest him.

---

[1] All further undesignated statutory references are to the Penal Code.

We appointed counsel to represent appellant in this appeal. After examining the record, counsel filed an opening brief raising no issues and requesting that we independently examine the record pursuant to *People v. Wende* (1979) 25 Cal.3d 436.

On September 18, 2013, we advised appellant in writing that he had 30 days within which to personally submit any contentions or issues he wished to raise on appeal. Appellant did not respond.

Having examined the entire record, we are satisfied that appointed counsel has fully complied with his responsibilities and that no arguable issues exist. (*People v. Kelly* (2006) 40 Cal.4th 106, 123–124; *People v. Wende, supra*, 25 Cal.3d at p. 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


PERREN, J.

We concur:


GILBERT, P.J.


YEGAN, J.

2

Colleen Toy White, Judge

Superior Court County of Ventura

_____


Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.